IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Brad Scott, et al.

Plaintiff,

v.

Google, Inc.

Defendant.
_____/

CASE NO. C12-03413 PSG

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Sean F. Rommel , whose business address and telephone number is Wyly-Rommel, PLLC, 4004 Texas Boulevard, Texarkana, TX  75503, (903) 334-8646

and who is an active member in good standing of the bar of  Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing  Plaintiff

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:  August 22 , 2012

_____
Lucy H. Koh
United States District Judge