IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRAD SCOTT and TODD HARRINGTON, Ind. and on behalf

Plaintiff,

v.

GOOGLE, INC.,

Defendant.
_____/

CASE NO. 5:12-cv-03413 PSG

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

F. Jerome Tapley, whose business address and telephone number is Cory, Watson, Crowder, & DeGaris, P.C., 2131 Magnolia Avenue, Birmingham, Alabama 35205 (205) 328-2200

and who is an active member in good standing of the bar of Alabama having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: __August 22, 2012__

_Lucy H. Koh_
Lucy H. Koh
United States District Judge