1  COOLEY LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
   RAY SARDO (245421) (rsardo@cooley.com)
3  101 California Street, 5th Floor
   San Francisco, CA  94111-5800
4  Telephone:    (415) 693-2000
   Facsimile:    (415) 693-2222
5
   Attorneys for Defendant
6  GOOGLE INC.

7  CLAYEO C. ARNOLD
   A Professional Law Corporation
8  CLAYEO C. ARNOLD (SBN 65070) (clay@justice4you.com)
   CLIFFORD LEE CARTER (SBN 149621) (cliff@justice4you.com)
9  KIRK J. WOLDEN (SBN 138902) (kirk@justice4you.com)
   865 Howe Avenue
10 Sacramento, CA 95825
   Telephone:    (916) 924-3100
11 Facsimile:    (916) 924-1829

12 Perry D. Litchfield (SBN 99906)
   Perry D. Litchfield Law Offices
13 1000 Fourth Street, Ste 875
   San Rafael, CA 94901
14 415-459-2000
   Fax: 425-457-7843
15
   Attorneys for Plaintiffs
16 BRAD SCOTT and TODD HARRINGTON

17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                            SAN JOSE DIVISION

21

| | |
|---|---|
| BRAD SCOTT and TODD HARRINGTON, individually and on Behalf of those similarly situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>GOOGLE, INC.,<br><br>                    Defendant. | Case No.  12-cv-03413-LHK<br><br>**STIPULATION ENLARGING BRIEFING SCHEDULE ON DEFENDANT GOOGLE INC.'S MOTION TO DISMISS COMPLAINT** AND ORDER<br>Date:       December 13, 2012<br>Time:       1:30 p.m.<br>Judge:      Hon. Lucy H. Koh<br>Courtroom: 8<br><br>Trial Date:  Not yet set |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION ENLARGING BRIEFING SCHEDULE
ON MOTION TO DISMISS COMPLAINT
CASE NO. 12-CV-03413-LHK

Pursuant to Civil Local Rule 6-1, plaintiffs Brad Scott and Todd Harrington ("Plaintiffs") and defendant Google Inc. ("Google") (collectively "the Parties"), hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint in the above-entitled action in United States District Court for the Northern District of California on June 29, 2012, (ECF No. 1);

WHEREAS, on August 8, 2012, the Parties filed a stipulation extending Google's deadline to respond to the Complaint to August 22, 2012, (ECF No. 7);

WHEREAS, Google filed its Motion to Dismiss the Complaint on August 22, 2012, (ECF No. 24);

WHEREAS, absent court order, the deadline for Plaintiffs to file their memorandum in opposition to Google's Motion to Dismiss is September 5, 2012, (L. R. 7-3(a));

WHEREAS, Google's Motion to Dismiss is scheduled to be heard on December 13, 2012, which is the first available date for the Court to hear said motion;

WHEREAS, under Civil Local Rule 6-1, the Parties may, by stipulation, request a court order enlarging the time within which a party is otherwise required to file papers with the Court;

WHEREAS, the Parties have conferred and agreed that, in light of the December 13, 2012 hearing date, Plaintiffs shall have an additional twenty-one (21) days to file their memorandum in opposition to Google's Motion to Dismiss and that Google shall have an additional fourteen (14) days to files its Reply in support of its Motion to Dismiss;

WHEREAS, the requested enlargement of time will not affect the motion hearing set for December 13, 2012.

NOW, THEREFORE, the Parties hereby stipulate and agree that Plaintiff shall have up to and including September 26, 2012 to file its memorandum in opposition to Google's Motion to Dismiss. Google shall have up to and including October 17, 2012 to file its Reply in support of its Motion to Dismiss.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION ENLARGING BRIEFING SCHEDULE
ON MOTION TO DISMISS COMPLAINT
CASE NO. 12-CV-03413-LHK

**IT IS SO STIPULATED**.

Dated: August 31, 2012              COOLEY LLP
                                    MICHAEL G. RHODES (116127)
                                    WHITTY SOMVICHIAN (194463)
                                    RAY SARDO (245421)


                                    /s/ Ray Sardo
                                    Ray Sardo (245421)
                                    Attorneys for Defendant
                                    GOOGLE INC.

Dated: August 31, 2012              CLAYEO C. ARNOLD (SBN 65070)
                                    CLIFFORD LEE CARTER (SBN 149621)
                                    KIRK J. WOLDEN (SBN 138902)


                                    /s/ Kirk J. Wolden
                                    Kirk J. Wolden (SBN 138902)
                                    Attorneys for Plaintiffs
                                    BRAD SCOTT and TODD HARRINGTON

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I, Ray Sardo, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: August 31, 2012                /s/ Ray Sardo
                                      Ray Sardo

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIPULATION ENLARGING BRIEFING SCHEDULE
ON MOTION TO DISMISS COMPLAINT
CASE NO. 12-CV-03413-LHK

**PURSUANT TO STIPULATION, IT IS ORDERED THAT:**

Plaintiffs shall have up to and including September 26, 2012 to file their memorandum in Opposition to Google's Motion to Dismiss, and Google shall have up to and including October 17, 2012 to file its Reply in support of its Motion to Dismiss.

Dated: September 6, 2012

_Lucy H. Koh_
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

1279462/SF

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

STIPULATION ENLARGING BRIEFING SCHEDULE
ON MOTION TO DISMISS COMPLAINT
CASE NO. 12-CV-03413-LHK