|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

BRAD SCOTT, et al.

Plaintiff(s),

v.

GOOGLE, IN

Defendant(s).

Case No: CV 12 03413 LHK

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, P. DRAKE MANN, an active member in good standing of the bar of STATE OF ARKANSAS, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: PLAINTIFFS in the above-entitled action. My local co-counsel in this case is KIRK WOLDEN, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 425 W CAPITOL AVE STE 3801 LITTLE ROCK AR 72201 | 865 HOWE AVE STE 300 SACRAMENTO CA 95865 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (501) 376-3800 | (916) 924-3100 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| mann@gill-law.com | kirk@justice4you.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 87108.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 09/05/12

*/s/ Drake Mann*
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of P. DRAKE MANN is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 24, 2012

*/s/ Lucy H. Koh*
UNITED STATES DISTRICT/MAGISTRATE JUDGE