| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com) |
| 2 | WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com) |
| | RAY SARDO (245421) (rsardo@cooley.com) |
| 3 | 101 California Street, 5th Floor |
| | San Francisco, CA  94111-5800 |
| 4 | Telephone:     (415) 693-2000 |
| | Facsimile:     (415) 693-2222 |
| 5 | |
| | Attorneys for Defendant |
| 6 | GOOGLE INC. |

CLAYEO C. ARNOLD
A Professional Law Corporation
CLAYEO C. ARNOLD (SBN 65070) (clay@justice4you.com)
CLIFFORD LEE CARTER (SBN 149621) (cliff@justice4you.com)
KIRK J. WOLDEN (SBN 138902) (kirk@justice4you.com)
865 Howe Avenue
Sacramento, CA 95825
Telephone:     (916) 924-3100
Facsimile:     (916) 924-1829

Perry D. Litchfield (SBN 99906)
Perry D. Litchfield Law Offices
1000 Fourth Street, Ste 875
San Rafael, CA 94901
415-459-2000
Fax: 425-457-7843

Attorneys for Plaintiffs
BRAD SCOTT and TODD HARRINGTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRAD SCOTT and TODD HARRINGTON, individually and on Behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | Case No.  12-cv-03413-LHK<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT AND TO SET BRIEFING SCHEDULE ON MOTION (L.R. 6-1(A) AND (B))**<br><br>**AS MODIFIED BY THE COURT**<br><br>Courtroom: 8<br>Judge:      Hon. Lucy H. Koh |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIP. & [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO EXTEND TIME
TO RESPOND TO FAC AND SET BRIEFING SCHED.
CASE NO. 12-CV-03413-LHK

Trial Date:   None Set

This Stipulation is entered into by and among plaintiffs Brad Scott and Todd Harrington ("Plaintiffs") and defendant Google Inc. ("Google") (collectively "the Parties"), by and through their respective counsel.

WHEREAS, Plaintiffs filed their Complaint in the above-entitled action in United States District Court for the Northern District of California on June 29, 2012;

WHEREAS, Google filed its Motion to Dismiss the Complaint on August 22, 2012 (ECF No. 24);

WHEREAS, Google's Motion to Dismiss was scheduled for hearing on December 13, 2012;

WHEREAS, Plaintiffs filed their First Amended Class Action Complaint ("FAC") on September 12, 2012, in lieu of opposing Google's Motion to Dismiss (ECF No. 37);

WHEREAS, under Rule 12(a)(1) of the Federal Rules of Civil Procedure, the current deadline for Google to answer or otherwise respond to the FAC is October 1, 2012;

WHEREAS, under Civil Local Rule 6-1(a), parties may stipulate in writing, without a court order, to extend the time within which to answer or otherwise respond to a complaint;

WHEREAS, the Parties have conferred and agreed that Google shall have up to and including October 10, 2012 to answer or otherwise respond to the FAC;

WHEREAS, Google intends to respond to the FAC by way of motion;

WHEREAS, under Civil Local Rule 7-3(a), any opposition to a motion must be served and filed not more than 14 days after the motion is served and filed;

WHEREAS, under Civil Local Rule 7-3(c), any reply to an opposition must be served and filed by the moving party not more than 7 days after the opposition is served and filed;

WHEREAS, under Civil Local Rule 6-1(b), parties may, by stipulation, request a court order enlarging the time within which a party is otherwise required to file papers with the court;

WHEREAS, the Parties have conferred and agreed that, should Google respond to the FAC by way of motion (the "New Motion"), Plaintiffs shall have an *additional* fourteen (14)

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIP. & [PROPOSED] ORDER TO EXTEND TIME
TO RESPOND TO FAC AND SET BRIEFING SCHED.
CASE NO. 12-CV-03413-LHK

days to file their opposition to Google's New Motion and that Google shall have an *additional* seven (7) days to file its reply in support of its New Motion;

WHEREAS, the Parties request that Google's New Motion be heard on the same date, and at the same time, that Google's initial Motion to Dismiss was scheduled to be heard (*i.e.*, on December 13, 2012);

WHEREAS, enlarging the time for Plaintiffs to file any opposition, and for Google to file any reply, will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, the Parties hereby stipulate and agree that Google's deadline to answer or otherwise respond to the FAC is extended to and includes October 10, 2012. Should Google respond by way of motion, Plaintiffs shall have up to and including November 7, 2012 to file their opposition to Google's New Motion. Google shall have up to and including November 21, 2012 to file its reply in support of its New Motion. The Parties request that the New Motion be heard on December 13, 2012, in lieu of the original Motion, which has been mooted.

**IT IS SO STIPULATED**.

Dated: September 21, 2012         COOLEY LLP
                                  MICHAEL G. RHODES (116127)
                                  WHITTY SOMVICHIAN (194463)
                                  RAY SARDO (245421)


                                  /s/ Ray Sardo
                                  ─────────────────────────────
                                  Ray Sardo (SBN 245421)
                                  Attorneys for Defendant
                                  GOOGLE INC.


Dated: September 21, 2012         CLAYEO C. ARNOLD (SBN 65070)
                                  CLIFFORD LEE CARTER (SBN 149621)
                                  KIRK J. WOLDEN (SBN 138902)


                                  /s/ Kirk J. Wolden
                                  ─────────────────────────────
                                  Kirk J. Wolden (SBN 138902)
                                  Attorneys for Plaintiffs
                                  BRAD SCOTT and TODD HARRINGTON

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIP. & [PROPOSED] ORDER TO EXTEND TIME
TO RESPOND TO FAC AND SET BRIEFING SCHED.
CASE NO. 12-CV-03413-LHK

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I, Ray Sardo, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: September 21, 2012        /s/ Ray Sardo
                                 Ray Sardo

**PURSUANT TO STIPULATION, IT IS ORDERED THAT:**

To the extent Google responds to the FAC by way of motion (the "New Motion"): (1) Plaintiffs shall have up to and including November 7, 2012 to file any Opposition to Google's New Motion; and (2) Google shall have up to and including November 21, 2012 to file any Reply in support of its New Motion. **Google shall obtain the next available hearing date from Courtroom Deputy Martha Parker Brown when it is ready to notice its New Motion. Google's original Motion to Dismiss is denied as moot, and the December 13, 2012 hearing on the original Motion to Dismiss is VACATED.**

Dated: September 24, 2012

*Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

1286894/SF

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5.

STIP. & [PROPOSED] ORDER TO EXTEND TIME
TO RESPOND TO FAC AND SET BRIEFING SCHED.
CASE NO. 12-CV-03413-LHK