COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
RAY A. SARDO (245421) (rsardo@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRAD SCOTT and TODD HARRINGTON, individually and on Behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | Case No. 12-cv-03413 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS OF GOOGLE INC.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF, EQUITABLE RELIEF, AND FOR DAMAGES** |

This Stipulation is entered into by and among plaintiffs Brad Scott and Todd Harrington ("Plaintiffs") and defendant Google Inc. ("Google") (collectively "the Parties"), by and through their respective counsel.

WHEREAS, Google filed a Motion to Dismiss Plaintiffs' First Amended Class Action Complaint for Declaratory Relief, Equitable Relief, and for Damages ("Motion") on October 10, 2012 (ECF No. 42);

WHEREAS, Plaintiffs filed their Opposition to Google's Motion to Dismiss on November 7, 2012 (ECF No. 47);

///

1    WHEREAS, pursuant to this Court's Order (ECF No. 38), the deadline for Google to file its Reply in support of the Motion is November 21, 2012;

3    WHEREAS, Google's Motion is scheduled for hearing on March 21, 2013;

4    WHEREAS, under Civil Local Rules 7-3(c) and 7-4(b), a reply brief or memorandum may not exceed 15 pages of text unless the Court expressly orders otherwise pursuant to a party's request;

7    WHEREAS, under Civil Local Rule 7-11, a party may request permission to file a Reply brief in excess of the normal page limits by way of administrative motion;

9    WHEREAS, under Civil Local Rule 7-11, any such administrative motion must be accompanied by a proposed order and by either a stipulation under Civil L.R. 7-12 or by a declaration that explains why a stipulation could not be obtained;

12   WHEREAS, the pending Motion raises issues of choice of law and statutory construction that (from Google's perspective) cannot be adequately briefed within the normal page limits for a Reply brief;

15   WHEREAS, for these reasons, Google is seeking permission to extend the page limits for its Reply by five pages (to a total of 20 pages);

17   WHEREAS, Google has met and conferred with Plaintiffs regarding this request, and Plaintiffs do not oppose the request;

19   WHEREAS, extending the page limits for Google's Reply will not alter the date of any event or deadline already fixed by Court order;

21   NOW, THEREFORE, the Parties hereby stipulate and agree to extend the page limits for Google's Reply by five pages (to a total of 20 pages).

23   **IT IS SO STIPULATED**.

| | |
|---|---|
| Dated: November 16, 2012 | COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>WHITTY SOMVICHIAN (194463)<br>RAY A. SARDO (245421)<br><br>/s/ Ray A. Sardo<br>Ray A. Sardo (SBN 245421)<br>Attorneys for Defendant<br>GOOGLE INC. |
| Dated: November 16, 2012 | CLAYEO C. ARNOLD (SBN 65070)<br>CLIFFORD LEE CARTER (SBN 149621)<br>KIRK J. WOLDEN (SBN 138902)<br><br>/s/ Kirk J. Wolden<br>Kirk J. Wolden (SBN 138902)<br>Attorneys for Plaintiffs<br>BRAD SCOTT and TODD HARRINGTON |

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I, Ray Sardo, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: November 16, 2012    /s/ Ray A. Sardo
                            Ray Sardo

**PURSUANT TO STIPULATION, IT IS ORDERED THAT:**

Pursuant to Civil Local Rule 7-11, the page limitation for Google's Reply in support of its Motion to Dismiss Plaintiffs' First Amended Class Action Complaint for Declaratory Relief, Equitable Relief, and for Damages shall be extended by five pages (to a total of 20 pages).

Dated: "P qxgo dgt "43."4234

_Lucy H. Koh_
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

1294214/SF

4.

STIP & [~~PROP~~] ORDER TO EXTEND
PAGE LIMITS OF GOOGLE'S REPLY BRIEF
CASE NO. 12-cv-03413 LHK