UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRAD SCOTT and TODD HARRINGTON, individually and on Behalf of those similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE INC.,<br><br>  Defendant. | Case No.: 12-CV-03413-LHK<br><br>ORDER CONTINUING HEARING ON MOTION TO DISMISS |

On February 22, 2013, Defendant Google Inc. filed an administrative motion to take the pending Motion to Dismiss scheduled for hearing on March 21, 2013, *see* ECF No. 42, off calendar until the Judicial Panel on Multi-District Litigation ("MDL Panel") resolves Google's pending petition to coordinate this matter with several other cases involving similar issues, *see* ECF No. 58. Plaintiffs do not oppose this administrative motion. *Id*. Accordingly, the Motion to Dismiss hearing and the case management conference are hereby CONTINUED to July 25, 2013.

**IT IS SO ORDERED.**

Dated: February 22, 2013

LUCY H. KOH
United States District Judge

Case No.: 12-CV-03413-LHK
ORDER CONTINUING HEARING ON MOTION TO DISMISS